B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Iowa | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Blessing Industries Prairieland, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**47-2062751** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**500 Wadena Rd**<br>**Fayette, IA**<br>ZIP Code **52142** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fayette** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **500 Wadena Rd**<br>**Fayette, IA 52142** |
|---|---|

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity** | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interest:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Blessing Industries Prairieland, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Blessing Industries Prairieland, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Joseph A. Peiffer**
Signature of Attorney for Debtor(s)

**Joseph A. Peiffer AT0006160**
Printed Name of Attorney for Debtor(s)

**Day Rettig Peiffer, P.C.**
Firm Name

**PO Box 2877**
**Cedar Rapids, IA 52406-2877**

_____
Address

**(319) 365-0437  Fax: (319) 365-5866**
Telephone Number

**March 25, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kayleen Schott**
Signature of Authorized Individual

**Kayleen Schott**
Printed Name of Authorized Individual

**Controller**
Title of Authorized Individual

**March 25, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Iowa

In re    **Blessing Industries Prairieland, LLC**

Case No.

Debtor(s)

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Controller of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:    **March 25, 2015**

**/s/ Kayleen Schott**

**Kayleen Schott**/**Controller**
Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Iowa

In re     **Blessing Industries Prairieland, LLC**                                   Case No.

                                                      Debtor(s)          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Airgas USA, LLC**<br>**6055 Rockside Woods Blvd**<br>**Independence, OH 44131** | **Airgas USA, LLC**<br>**6055 Rockside Woods Blvd**<br>**Independence, OH 44131** | **Weld Supplies** | | **17,740.26** |
| **Alliant Energy-Interstate Power**<br>**PO Box 3066**<br>**Cedar Rapids, IA 52406-3066** | **Alliant Energy-Interstate Power**<br>**PO Box 3066**<br>**Cedar Rapids, IA 52406-3066** | **Utilities** | | **14,000.74** |
| **Blackhawk Systems Tooling, Inc**<br>**3906 W Airline Hwy**<br>**Waterloo, IA 50703** | **Blackhawk Systems Tooling, Inc**<br>**3906 W Airline Hwy**<br>**Waterloo, IA 50703** | **Subcontract Processes** | | **7,560.00** |
| **Clifton Larson Allen**<br>**220 S Sixth St**<br>**Ste 300**<br>**Minneapolis, MN 55402** | **Clifton Larson Allen**<br>**220 S Sixth St**<br>**Ste 300**<br>**Minneapolis, MN 55402** | **Professional Services** | | **91,211.44** |
| **Dutton, Braun, Staack & Hellman, P.L.C.**<br>**PO Box 810**<br>**3151 Brockway Rd**<br>**Waterloo, IA 50704** | **Dutton, Braun, Staack & Hellman, P.L.C.**<br>**PO Box 810**<br>**3151 Brockway Rd**<br>**Waterloo, IA 50704** | **Professional Services** | | **15,524.34** |
| **JCM Services**<br>**905 N Main St**<br>**Sigourney, IA 52591** | **JCM Services**<br>**905 N Main St**<br>**Sigourney, IA 52591** | **Repair & Mtnc** | | **8,503.48** |
| **Kloeckner Metals Corp.**<br>**14806 W Rdg Ln**<br>**Dubuque, IA 52003** | **Kloeckner Metals Corp.**<br>**14806 W Rdg Ln**<br>**Dubuque, IA 52003** | **Material** | | **37,965.07** |
| **Lapham-Hickey**<br>**PO Box 2483**<br>**Oshkosh, WI 54903** | **Lapham-Hickey**<br>**PO Box 2483**<br>**Oshkosh, WI 54903** | **Material** | | **9,198.99** |
| **Max Weiss Co, LLC**<br>**8625 W Bradley Rd**<br>**Milwaukee, WI 53224** | **Max Weiss Co, LLC**<br>**8625 W Bradley Rd**<br>**Milwaukee, WI 53224** | **Material** | | **17,920.00** |
| **McNeilus Steel Inc.**<br>**PO Box 249**<br>**Dodge Center, MN 55927** | **McNeilus Steel Inc.**<br>**PO Box 249**<br>**Dodge Center, MN 55927** | **Material** | | **10,092.38** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Blessing Industries Prairieland, LLC**                                        Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mississippi Welders Supply<br>PO Box 1036<br>Winona, MN 55987-7036 | Mississippi Welders Supply<br>PO Box 1036<br>Winona, MN 55987-7036 | Weld Supplies | | 10,684.62 |
| Norfolk Iron & Metal<br>PO Box 1129<br>Norfolk, NE 68702-1129 | Norfolk Iron & Metal<br>PO Box 1129<br>Norfolk, NE 68702-1129 | Material | | 29,137.87 |
| O'Neal Steel, Inc<br>PO Box 934243<br>Atlanta, GA 31193-4243 | O'Neal Steel, Inc<br>PO Box 934243<br>Atlanta, GA 31193-4243 | Material | | 32,605.20 |
| Phoenix Metals Co.<br>1025 Grant Industrial Dr<br>O'Fallon, MO 63366 | Phoenix Metals Co.<br>1025 Grant Industrial Dr<br>O'Fallon, MO 63366 | Material | | 41,370.39 |
| Ryerson<br>24487 Network Pl<br>Chicago, IL 60673-1244 | Ryerson<br>24487 Network Pl<br>Chicago, IL 60673-1244 | Material | | 15,211.42 |
| Sedona Staffing<br>600 35th Ave<br>Moline, IL 61265 | Sedona Staffing<br>600 35th Ave<br>Moline, IL 61265 | Contract Labor | | 10,559.10 |
| Superior Cleaning Services LTD<br>923 6th Ave NE<br>Independence, IA 50644 | Superior Cleaning Services LTD<br>923 6th Ave NE<br>Independence, IA 50644 | Service Provider | | 9,486.98 |
| The Powder Shop, Inc.<br>835 Hwy 30W<br>Mt. Vernon, IA 52314 | The Powder Shop, Inc.<br>835 Hwy 30W<br>Mt. Vernon, IA 52314 | Subcontract Processes | | 12,374.09 |
| Viking Materials Inc.<br>SDS-12-2459<br>Minneapolis, MN 55486-2459 | Viking Materials Inc.<br>SDS-12-2459<br>Minneapolis, MN 55486-2459 | Material | | 8,954.54 |
| VISA<br>PO Box 4512<br>Carol Steam, IL 60197-4512 | VISA<br>PO Box 4512<br>Carol Steam, IL 60197-4512 | Travel | | 22,537.75 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Controller of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **March 25, 2015**                          Signature    **/s/ Kayleen Schott**
                                                                 **Kayleen Schott**
                                                                 **Controller**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Iowa

In re   **Blessing Industries Prairieland, LLC**
                                                        Case No. _____
                                  Debtor

                                                        Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Blessing Manufacturing, LLC<br>500 Wadena Rd<br>Fayette, IA 52142** | | **100%** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Controller of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**March 25, 2015**_____          Signature **/s/ Kayleen Schott**_____
                                                              **Kayleen Schott**
                                                              **Controller**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__ continuation sheets attached to List of Equity Security Holders

John Waters
Collections Section, 3rd Floor
Department of Revenue and Finance
PO Box 10457
Des Moines, IA 50306


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


A-Line Iron & Metals
1500 David St
Waterloo, IA 50703


AAA Galvanizing
PO Box 843771
Dallas, TX 65284-3771


Accurate Gear & Machine
2864 Burton Ave
Waterloo, IA 50703


Aero Rubber
1800 West 185th Street
Tinley Park, IL 60487


Aerotek
PO Box 198531
Atlanta, GA 30384-8531


Aerotek Inc
7301 Pkwy Dr
Hanover, MD 21076


Air Filter Sales and Service
210 33rd St Dr SE
Cedar Rapids, IA 52404-1315

Airgas USA, LLC
6055 Rockside Woods Blvd
Independence, OH 44131


Airgas USA, LLC
407 Performance Dr
Cedar Falls, IA 50613


Aladdin Steel, Inc
PO Box 89
Gillespie, IL 62033


Alexandria Industries
401 County Rd 22 NW
Alexandria, MN 56308


Alignex, Inc
7200 Metro Blvd
Edina, MN 55439


Allan, Inc.
22191 Hwy 3
PO Box 798
Allison, IA 50602


Alliant Energy-IES
PO Box 3066
Cedar Rapids, IA 52406-3066


Alliant Energy-Interstate Power
PO Box 3066
Cedar Rapids, IA 52406-3066


Ally Bank
PO Box 380902
Minneapolis, MN 55438

Alro Steel Corporation
24876 Network Pl
Chicago, IL 60673-1248


Amada America, Inc
3689 Solutions Center
Chicago, IL 60677-3006


America's Best Water Treaters
2432 250th Ave
Dewitt, IA 52742


Apn Wi, Incorporated
921 Industry Rd
Caledonia, MN 55921


AWI Manufacturing
PO Box 909
Winsted, MN 55395-0909


B & F Fasteners
7100 Sunwood Dr
Ramsey, MN 55303


Badger Equipment Co
217 Patneaude Dr
Winona, MN 55987


Barron Motor Supply
PO Box 1327
Cedar Rapids, IA 52406


Bearing Service Company
PO Box 74493
Cleveland, OH 44194-0576

Bertch Cabinet Mfg, Inc
PO Box 2280
Waterloo, IA 50704


Betenbender Manufacturing
5806 Quality Ridge Rd
PO Box 140
Coggon, IA 52218


Blackhawk Sprinkler Systems
PO Box 998
Cedar Falls, IA 50613


Blackhawk Systems Tooling, Inc
3906 W Airline Hwy
Waterloo, IA 50703


Blessing Holdings, LLC
500 Wadena Rd
Fayette, IA 52142


Blessing Manufacturing, LLC
500 Wadena Rd
Fayette, IA 52142


Boarders Inn and Suites
515 1/2 W Water
Fayette, IA 52142


Brown Traffic Products, Inc
109 W 55th St
Davenport, IA 52806


Brownells, Inc
Attn: A/P 0145
200 S Front St
Montezuma, IA 50171

Caterpillar Inc
1003 Miller St
Elkader, IA 52043


Caterpiller Global Mining Equipment
3501 S Fm Highway 1417
Denison, TX 75020


Cedar Rapids Tool & Die
5005 8th Ave
Marion, IA 52302


Chicago Tube and Iron
Dept 7051
Carol Steam, IL 60122-7051


City Laundering Co
1700 S Frederick
PO Box 622
Olwein, IA 50662


City Laundering Co.
PO Box 622
Oelwein, IA 50662


Clifton Larson Allen
220 S Sixth St
Ste 300
Minneapolis, MN 55402


Comtec Incorporated
1800 Enterprise Pkwy
Twinsburg, OH 44087


Con-Way Freight
PO Box 5160
Portland, OR 97208-5160

Consolidated Energy
Hartland Fuel Products
PO Box 317
Jesup, IA 50648


Consolidated Energy Compay
PO Box 317
Jesup, IA 50648


Covenant Clinic
PO Box 6200
Waterloo, IA 50704


Criterion, Inc
2840 Burton Ave
Waterloo, IA 50703


Decker Aquisition Corp
22840 262nd St
Delhi, IA 52223


Dee Electronics, Inc
2500 16th Ave SW
Cedar Rapids, IA 52404


Dee Jellings
101 Miller St
West Union, IA 52175


DeLeon-Thompson, Inc
PO Box 14
4873 41st St
Moline, IL 61266


Dolen Insurance
107 E Deleware
Manchester, IA 52057

Dubuque Fire
1170 Rosevelt St Ext
Dubuque, IA 52001


Dutton, Braun, Staack & Hellman, P.L.C.
PO Box 810
3151 Brockway Rd
Waterloo, IA 50704


Dynamic Tube Inc
1286 East Maple St
PO Box 760
Maquoketa, IA 52060


Earle M Jorgenson Co
325 N 16th Ave
Eldridge, IA 52748


Easton's Water Conditioning
610 Central
West Union, IA 52175


Eco Finishing
5100 Industrial Blvd
Fridley, MN 55421


Electrical Engineering & Equipment
183 W 9th St
Waterloo, IA 50702


Elliott Equipment Co
4421 S 76th Cir
Omaha, NE 68127


Epicor
804 Las Cimas Pkwy
Austin, TX 78746

Erb's Business Machines, Inc
4935 Bowling St SW
Cedar Rapids, IA 52404


Erb's Technology Solutions
4935 Bowling St SW
Cedar Rapids, IA 52404


Ersa Inc
83 Tom Harvey Rd
Westerly, RI 02891


Evergreen Packaging, Inc
PO Box 1939
Canton, NC 28716


Fastenal Company
PO Box 978
Winona, MN 55987-0978


Fedex
PO Box 94515
Palantine, IL 60094-4515


FedEx Freight East
Dept CH
PO Box 10306
Palatine, IL 60055-0306


Fire Farm Lighting
104 First St SW
PO Box 458
Elkader, IA 52043


Flour City Bending, Inc
19909 Industrial Dr NW
Big Lake, MN 55309

Gencor Industries Inc
PO Box 430
508 Hwy 18 W
Marquette, IA 52158


Genesis Systems Group
8900 Harrison St
Davenport, IA 52806


GNB Bank
300 E Main St
PO Box 439
Manchester, IA 52057


Goff Inc
One Pleasant Grv Rd
PO Box 1607
Seminole, OK 74818-1607


Goss International Americas, Inc
121 Technology Dr
Durham, NH 03824-4717


Group O Inc
Supply Chain Solutions
PO Box 1220
Milan, IL 61264-1220


Guy Metals, Inc.
1890 Guy Metals Dr
Hammond, WI 54015


H&H Resistance Welders
28701 S Hwy 125
Afton, OK 74331

Hauser Water Systems
1636 220th St
PO Box 28
Manchester, IA 52057


Hausers Water Systems, Inc
PO Box 28
Manchester, IA 52057-0028


Hix Corp
1201 E 27th Ter
Pittsburg, KS 66762


Holub Grinding
3435 3rd Ave
Marion, IA 52302


Hypertherm
PO Box 843935
Dallas, TX 75284-3935


Ideal Industries, Inc
1705 E St W
Vinton, IA 52349


Industrial Control Manufacturing, Inc
7244 Gaines St Ct
Davenport, IA 52806


Innovative Imagineering, LLC
1201 7th St
East Moline, IL 61244


Iowa Department of Revenue
Attn.: Bankruptcy Unit
P.O. Box 10475
Des Moines, IA 50306

Iowa Machinery and Supply
PO Box 797
Des Moines, IA 50303-0797


JCM Services
905 N Main St
Sigourney, IA 52591


John Deere Financial
PO Box 4450
Carol Steam, IL 60197-4450


Johnson Electric Coil
821 Watson St
Antigo, WI 54409


JRB Attachments LLC
820 Glaser Pkwy
Akron, OH 44306


Kawasaki Motors & Manufacturing Corp, US
Rail Car Division
6600 NW 27th St
Lincoln, NE 68524


Kloeckner Metals Corp.
14806 W Rdg Ln
Dubuque, IA 52003


Kodi Callan
2860 170th St
Winthrop, IA 50682


Lapham-Hickey
PO Box 2483
Oshkosh, WI 54903

Lasercare Inc
658 Bethel School Rd
Clover, SC 29710


Liebovich/PDM Steel & Aluminum Co.
PO Box 1779
Cedar Rapids, IA 52406-1779


Life Line Emergency Vehicles, Inc
1021 W 1st St
Sumner, IA 50674


Lincoln Financial Group
8801 Indian Hills Dr
Omaha, NE 68114-4066


Magnaflux
218 E Industrial
Dewitt, IA 52742


Manitex
3000 S Austin Ave
Georgetown, TX 78626


Marco Group-Int'l
3425 E Locust St
Ste A
Davenport, IA 52803


Max Weiss Co, LLC
8625 W Bradley Rd
Milwaukee, WI 53224


McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690

McNeilus Steel Inc.
PO Box 249
Dodge Center, MN 55927


McNichols Co.
PO Box 101211
Atlanta, GA 30392-1211


Mediacom
PO Box 5741
Carol Steam, IL 60197-5741


Mediacom
PO Box 5741
Carol Stream, IL 60197-5741


Mercy Hospital
PO Box 6260
Waterloo, IA 50704-6260


Mestek Machinery
5480 6th St SW
Cedar Rapids, IA 52404


MHC Kenworth - Columbia
8660 I-70 Dr SE
Columbia, MO 65201


Mi-Jack Products
3111 W 167th St
Hazel Crest, IL 60429


Midstate Spring
PO Box 850
Syracuse, NY 13206

Midwest Metal Warehouse
W147 N9415 Held Drive
Menomonee Falls, WI 53051


Midwest Overhead Crane
13900 Sunfish Lk Blvd NW
Ramsey, MN 55303


Mississippi Welders Supply
PO Box 1036
Winona, MN 55987-7036


Mississippi Welding Supply Co, Inc
5150 W 6th St
Winona, MN 55987


Modern Building Products
511 4th St
Fairbank, IA 50629


Mohawk Resources Ltd
PO Box 110
Amsterdam, NY 12010


Monroe Screen Printers, Inc
4580 J St SW
Cedar Rapids, IA 52404


Motion Industries, Inc
PO Box 98412
Chicago, IL 60693


MSC Industrial Supply Co., Inc
Dept CH 0075
Palatine, IL 60055-0075

Napa Auto Parts
112 Elm St
West Union, IA 52175


National Tube Supply Co.
925 Central Ave
University Park, IL 60484


Neocera, LLC
10000 Virginia Manor Rd
Ste 300
Beltsville, MD 20705-4215


Nippon Sharyo Mfg
1600 Ritchie Ct
Rochelle, IL 61068


Nishiyama Corporation of America
111 Great Neck Rd
Ste 301
Great Neck, NY 11021-5408


Nordson Corporation
555 Jackson St
Amherst, OH 44001-2496


Norfolk Iron & Metal
PO Box 1129
Norfolk, NE 68702-1129


Northeast Iowa Community College
608 Main St
Ste 100
Dubuque, IA 52001


Northeast Machine & Tool Co.
320 W 7th
PO Box 248
Janesville, IA 50647

Northern Safety Co., Inc
PO Box 4250
Utica, NY 13504-4250


O'Neal Steel, Inc
PO Box 934243
Atlanta, GA 31193-4243


Oelwein Publishing Company
PO Box 511
Oelwein, IA 50662-0511


Ottsen Oil Co., Inc.
PO Box 1688
Cedar Rapids, IA 52406-1688


Penda Corporation
2344 W Wisconsin St
Portage, WI 53901


Pentair
5801 E Harrison
Harlingen, TX 78550


Phoenix Metals Co.
1025 Grant Industrial Dr
O'Fallon, MO 63366


Craig Plaster
397 Antler Ct
Marion, IA 52302


Prairieland Blessing Properties, LLC
500 Wadena Rd
Fayette, IA 52142

Puck Custom Enterprises
1110 100 St
Manning, IA 51455-7512

Quest Engineering, Inc
280 Prospect Place SW
Cedar Rapids, IA 52404

R Rods
19385 40th St
Oelwein, IA 50662

Rainbow Paint & Blasting
PO Box 246
Marion, IA 52302-0246

Reliable Machine, Inc.
735 Kacena Rd
Hiawatha, IA 52233

Ricoh USA, Inc.
PO Box 802815
Chicago, IL 60680-2815

Ricoh/Ikon Financial
1738 Bass Rd
Macon, GA 31210

Rite Price Office Supply
214 S Frederick
Oelwein, IA 50662

Roskamp Champion
2975 Airline Cir
Waterloo, IA 50703

Ryerson
24487 Network Pl
Chicago, IL 60673-1244


Sadler Machine Co
4150 Thomas Dr SW
Cedar Rapids, IA 52406


Schell Industries
1000 Pat St NE
Cascade, IA 52033


Schilling Paper Co. Inc.
PO Box 369
Lacrosse, WI 54602-0369


Schimberg Co
1106 Shaver Road NE
Cedar Rapids, IA 52402


Sedona Staffing
600 35th Ave
Moline, IL 61265


Sedona Staffing Services
600 35th
Moline, IL 61265


Sherwin-Williams
3501 5th Ave
Moline, IL 61244-9549


Shivvers Incorporated
614 W English
PO Box 467
Corydon, IA 50060

Signode Engineered Products
3620 W Lave Ave
Glenview, IL 60026


Signode Service Business
3650 W Lk Ave
Glenview, IL 60026


Signs and More
1827 1st St W
Independence, IA 50644


Superior Cleaning Services LTD
923 6th Ave NE
Independence, IA 50644


Terex Global Business Services
106 12th St SE
Waverly, IA 50677-4200


Terex Telelect, Inc
PO Box 1150
500 Oakwood Rd
Watertown, SD 57201


The Isle Casino & Hotel
777 Isle of Capri Blvd
Waterloo, IA 50701


The Powder Shop, Inc.
835 Hwy 30W
Mt. Vernon, IA 52314


Timberline Mfg
1050 Lyons Ln
Marion, IA 52302

Timberline Mfg Co
1050 Lyons Lane
Marion, IA 52302


Tompkins Industries
1606 Fifield
Pella, IA 50219


Tri-City Heat Treat Co
2020 Fifth St
Rock Island, IL 61201


Turner Electric Corp
131 Enterprise Dr
Edwardsville, IL 62025


Twin City Plating
641 Hoover St NE
Minneapolis, MN 55413


U.S. Minerals, Inc
8373 Solutions Center
Chicago, IL 60677-8003


ULINE
PO Box 88741
Chicago, IL 60680-1741


Underwriters Laboratories, Inc
PO Box 75330
Chicago, IL 60675-5330


Underwriters Laboratory
UL LLC
Attn: General Counsel
333 Pfingsten Rd
Northbrook, IL 60062

United Equipment Access
2103 E Bremer Ave
PO Box 817
Waverly, IA 50677


United Fire & Casualty Company
PO Box 73909
Cedar Rapids, IA 52407


United Health Care
Dept CH 10151
Palatine, IL 60055-0151


United Parcel Service
Lockbox 577
Carol Steam, IL 60132-0577


United States Attorney (IRS)
111 7th Avenue SE
Box 1
Cedar Rapids, IA 52401


United States Liability Insurance Compan
1190 Devon Pk Dr
Wayne, PA 19087


US Cellular
PO Box 0203
Palatine, IL 60055-0203


Van Meter Industrial, Inc
850 32nd Ave SE
Cedar Rapids, IA 52404


Van-Packer Company
PO Box 307
302 Mill St
Buda, IL 61314

Vector Corporation
675 44th St
Marion, IA 52302


Viking Materials Inc.
SDS-12-2459
Minneapolis, MN 55486-2459


VISA
PO Box 4512
Carol Steam, IL 60197-4512


VSP Vision Care
PO Box 742788
Los Angeles, CA 90074-2788


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Waste Management of Northern Iowa
PO Box 4648
Carol Steam, IL 60197-4648


Waters Industrial
1525 N Barker Rd
Brookfield, WI 53008


Welmark Blue Cross Blue Shield of Iowa
PO Box 10353
Des Moines, IA 50306-0353


Wilbert Plastic Services
7301 Caldwell Rd
Harrisburg, NC 28075

Wilson Tool International
PO Box 70870
St. Paul, MN 55170-9676


XL Specialized Trailer
PO Box 400
Manchester, IA 52057


YMH Torrance
1495 Hawkeye Dr
PO Box 560
Hiawatha, IA 52233


YMH Torrance, Inc
1495 Hawkeye Dr
PO Box 460
Hiawatha, IA 52233


Zee Medical Service Co
PO Box 504683
Dallas, TX 75320

# United States Bankruptcy Court
## Northern District of Iowa

In re   **Blessing Industries Prairieland, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Blessing Industries Prairieland, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Blessing Manufacturing, LLC**
**500 Wadena Rd**
**Fayette, IA 52142**

☐ None [*Check if applicable*]

**March 25, 2015**

Date

**/s/ Joseph A. Peiffer**

**Joseph A. Peiffer AT0006160**

Signature of Attorney or Litigant

Counsel for   **Blessing Industries Prairieland, LLC**

**Day Rettig Peiffer, P.C.**
**PO Box 2877**
**Cedar Rapids, IA 52406-2877**
**(319) 365-0437 Fax:(319) 365-5866**